Case 4:05-cv-01240 Document 1 Filed in TXSD on 04/12/05 Page 1 of 8

United States Courts
Southern District of Texas
FILED

APR 1 2 2005

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GREGORIO LOPEZ, Individually and on Behalf of All Others Similarly Situated, § § § § § § § § § § § § § § § Plaintiff, v. CORDUA RESTAURANTS, L.P. d/b/a CHURRASCOS, AMERICAS, AMAZON GRILL, ARTISTA, CORDUA CATERING and RICO, INC. and RICA, INC. Defendants. | H 05 -1240 CIVIL ACTION NO. _____ JURY TRIAL DEMANDED |

## ORIGINAL COMPLAINT—COLLECTIVE ACTION

### I. SUMAMRY

1. Defendants require and/or permit various employees to work in excess of forty hours per week at their restaurants, but refuse to compensate them for such hours.

2. Defendants' conduct is in violation of the Fair Labor Standards Act (FLSA), which requires non-exempt employees to be compensated for their overtime work. *See* 29 U.S.C. § 207(a).

3. Plaintiff, Gregorio Lopez, is a non-exempt current employee who has been denied overtime pay as required by law, and files this collection action to recover unpaid overtime compensation owed to him individually and on behalf of all other similarly situated employees, current and former, of Defendants (hereinafter referred to as "Class Members").

### II. SUBJECT MATTER JURISDICTION AND VENUE

4. This Court has jurisdiction over the subject matter of this action under 29 U.S.C. § 216(b) and 28 U.S.C. § 1331.

5.  Venue is proper in the Southern District of Texas because a substantial portion of the events forming the basis of this suit occurred in this District.

### III. PARTIES AND PERSONAL JURISDICTION

6.  Plaintiff, Gregorio Lopez, is an individual residing in Harris County, Texas. Mr. Lopez's written consent to this action is attached as Exhibit "A."

7.  The Class Members are all of Defendants' employees working at one or more of Defendants' restaurants in a variety of positions, including, but not limited to, cooks, busboys, dish washers, kitchen staff, valet drivers, hosts, and other employees, from April 11, 2002 to the present.

8.  Defendant Cordua Restaurants, L.P. is Texas limited partnership that does business under various names including, Churrascos, Americas, Amazon Grill, Artista and Cordua Catering. This Defendant may be served by serving its registered agent, Michael Cordua, at his registered address, 1800 Post Oak Blvd., Ste. 200, Houston, TX 77056.

9.  Defendant Rico, Inc. is a Texas Corporation doing business at 2055 Westheimer, #180, Houston, Texas 77098. Upon information and belief, Rico, Inc. was merged into Cordua Restaurants, L.P. on or about December 29, 2000. This Defendant may be served by serving its registered agent, Edward E. Harline, Brown McCarrol, L.L.P., 1111 Bagby Street, Suite 4700, Houston, Texas 77002.

10. Defendant Rica, Inc. is a Texas Corporation doing business at 2727 Allen Parkway, #1000, Houston, Texas 77019. Upon information and belief, Rica, Inc. was merged into Cordua Restaurants, L.P. This Defendant may be served by serving its registered agent, Business Filings, Inc., 2727 Allen Parkway, #1000, Houston, Texas 77019.

### IV. COVERAGE

11. At all material times, Defendants have been employers within the meaning of 3(d) of the FLSA. 29 U.S.C. § 203(d).

12. At all material times, Defendants have been enterprises within the meaning of 3(r) of the FLSA. 29 U.S.C. § 203(r).

13. At all material times, Defendants have been an enterprise in commerce or in the production of goods for commerce within the meaning of 3(s)(1) of the FLSA because it has had employees engaged in commerce. 29 U.S.C. § 203(s)(1). Further, Defendants have had, and continue to have, an annual gross income of sales made or business done of not less than $500,000.

14. At all material times, Plaintiffs were individual employees who were engaged in commerce or in the production of goods for commerce as required by 29 USC § 206-207.

## V. FACTS

15. Cordua Restaurants, L.P. does business under and operates various Houston restaurants including, Churrascos (River Oaks) located at 2055 Westheimer Road, Churrascos (Westchase) located at 9705 Westheimer Road, Americas located 1800 Post Oak Blvd., Amazon Grill (Kirby) located at 5114 Kirby Dr., Amazon Grill (Westchase) located at 9600 Westheimer, Artista located at 800 Bagby and Cordua Catering located at 800 Bagby. Cordua Restaurants, L.P. employs workers at these restaurants in various positions including, but not limited to, cooks, busboys, dishwashers, kitchen staff, valet drivers, hosts, and other employees. Cordua Restaurants, L.P. employs approximately 450 people. Although employees were required to and in fact did frequently work more than 40 hours per week, they were not compensated at the FLSA mandated time-and-a-half rate for hours in excess of 40. Defendants' method of paying Plaintiff and Class Members in violation of the FLSA was willful and was not based on a good faith and reasonable belief that its conduct did not violate the FLSA. Upon information and belief, Rica, Inc. and Rico, Inc. had merged into Cordua Restaurants, L.P. at all times relevant to this lawsuit.

## VI. CLASS ACTION ALLEGATIONS

16. Mr. Lopez has actual knowledge that Class Members have also been denied overtime pay for hours worked over forty in a week.

17. Although Defendants permit and/or require the Class Members to work in excess of forty hours per week, Defendants have denied them full compensation for their hours worked over forty.

18. The Class Members perform or have performed the same or similar work.

19. In addition, Class Members regularly work or have worked in excess of forty hours during a workweek.

20. Class Members are not exempt from overtime.

21. As such, Class Members are similar to Mr. Lopez in terms of work similarities, pay structure and the denial of overtime.

22. Defendants' failure to pay minimum wage and overtime compensation at the rates required by the FLSA results from generally applicable policies or practices and does not depend on the personal circumstances of the Class Members.

23. Mr. Lopez's experience is typical of the experience of the Class Members.

24. The specific job titles or precise job responsibilities of each Class Member do not prevent collective treatment.

25. All Class Members, irrespective of their particular job requirements, are entitled to be compensated at a minimum wage and are entitled to overtime compensation for hours worked in excess of forty during a workweek.

26. Although the issue of damages may be individual in character, there remains a common nucleus of liability facts.

27. As such, the class of similarly situated plaintiffs is properly defined as follows:

> **The Class Members are all of Defendants' employees working at one or more of its restaurants including, but not limited to, cooks,**

**busboys, dishwashers, kitchen staff, valet drivers, hosts, waiters and other service employees from April 11, 2002 to the present.**

### VII. PLAINTIFF'S OVERTIME WAGE CLAIM

28.     Plaintiff incorporates all allegations contained in the foregoing paragraphs.

29.     Defendants' practice of failing to pay Plaintiff for all hours violates the FLSA. 29 U.S.C. § 207.

30.     None of the exemptions provided by the FLSA regulating the duty of employers to pay overtime at a rate not less than one and one-half times the regular rate at which its employees are employed are applicable to the Defendants or the Plaintiff.

### VIII. DAMAGES SOUGHT

31.     Plaintiff is entitled to recover their unpaid regular wages and overtime compensation.

32.     Plaintiff is entitled to an amount equal to all of their unpaid and overtime wages as liquidated damages. 29 USC § 216(b).

**33.**     Plaintiff is entitled to recover attorney's fees and costs as required by the FLSA. 29 USC § 216(b).

### IX. PRAYER

34.     For these reasons, Plaintiff respectfully requests judgment to be entered in his favor awarding him and the Class Members:

    A.     compensation for all hours worked at their regular rates;

    B.     overtime compensation for all unpaid hours worked in excess of forty at the rate of one and one-half times their regular rates;

    C.     an equal amount as liquidated damages as allowed under the FLSA;

D. reasonable attorney's fees, costs and expenses of this action as provided by the FLSA;

E. pre-judgment and post judgment interest at the highest rates allowed by law; and

F. such other relief to which Plaintiff may be entitled.

Respectfully submitted,

KENNEDY HODGES, L.L.P.

By: _____
Galvin B. Kennedy
State Bar No. 00796870
Federal Bar No. 20791
3701 Kirby Drive, Suite 400
Houston, Texas 77098
Telephone: 713-523-0001
Facsimile: 713-523-1116

**ATTORNEY IN CHARGE FOR PLAINTIFF**

OF COUNSEL:

David W. Hodges
State Bar No. 00796765
Federal I.D. No. 20460
KENNEDY HODGES, L.L.P.
3701 Kirby Drive, Suite 400
Houston, Texas 77098
Telephone: 713-523-0001
Facsimile: 713-523-1116

## CONSENT FORM

I, Gregorio Lopez, consent and agree to pursue my claims arising out of unpaid overtime work as an employee of Defendant(s) in connection with the lawsuit to which this form is attached. I also agree to file this claim on behalf of all others similarly situated.

Yo, Gregorio Lopez, estoy de acuerdo de ser parte de esta demanda adjunta con esta pagina reclamando pago por horas extras durante el tiempo que era un empleado con los demandado(s). Tambien estoy de acuerdo de archivar este pleito de parte de otros empleados que tienen reclamos parecidos.

Date/Fecha: _____4/12/05_____

_____
GREGORIO LOPEZ

EXHIBIT A

JS 44 (Rev 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

United States Courts
Southern District of Texas
FILED
APR 12 2005
Michael N. Milby, Clerk of Court

## I. (a) PLAINTIFFS
Gregorio Lopez, individually and on Behalf of all others Similarly Situated.

### DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff: Harris
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: HARRIS
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Kennedy Hodges, L.L.P., 3701 Kirby, Ste 400, Houston, Texas 77098, 713-523-0001

Attorneys (If Known)

H 05 -1240

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☒ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity)
29 USC §203(d)

Brief description of cause: Overtime Claim

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE: April 12, 2005
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____